1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8
RONALD ROBKER AND SHANNON
9   ROBKER

Case # 2:25-cv-00385

10          Plaintiff(s),

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

11       vs.

12  LASKO PRODUCTS, LLC

13          Defendant(s).

14

FILING FEE IS $250.00

15

16       Matthew Montgomery _____, Petitioner, respectfully represents to the Court:
                (name of petitioner)

17
        1.      That Petitioner is an attorney at law and a member of the law firm of
18
                              HOSSLEY EMBRY LLP
19                                   (firm name)

20  with offices at _____        515 S VINE AVE                          ,
                                        (street address)

21
            TYLER              ,            Texas            ,     75702        ,
22          (city)                          (state)              (zip code)

23       903-526-1772        ,    MATT@HOSSLEYEMBRY.COM          .
        (area code + telephone number)        (Email address)
24
        2.      That Petitioner has been retained personally or as a member of the law firm by
25
        RONALD AND SHANNON ROBKER          to provide legal representation in connection with
26                  [client(s)]

27  the above-entitled case now pending before this Court.

28

Rev. 5/16

3.      That since ___11/6/2003___, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___Texas___
                                                                          (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| DISTRICT OF COLORADO | November 5, 2020 | 55437 |
| EASTERN DISTRICT OF TEXAS | 1/29/2008 | 24041509 |
| NORTHERN DISTRICT OF TEXAS | 12/10/2003 | 24041509 |
| WESTERN DISTRICT OF TEXAS | 10/21/2015 | 24041509 |
| SOUTHERN DISTRICT OF TEXAS | 5/13/2022 | 24041509 |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE

7.      That Petitioner is a member of good standing in the following Bar Associations.

COLORADO BAR ASSOCIATION AND TEXAS BAR ASSOCIATION

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                              Petitioner's signature

   STATE OF _____Texas_____ )
5                                          )
   COUNTY OF _____SMITH_____ )
6

7        MATT MONTGOMERY , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                              Petitioner's signature

10  Subscribed and sworn to before me this

11

12  _____ day of __March__ , ___2025___ .

13                                          CHRISTI WILSON
                                            Notary Public, State of Texas
         Notary Public or Clerk of Court   Comm. Expires 08-13-2028
14                                          Notary ID 132620966

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
          THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate ___DOUGLAS COHEN___ ,
19                                                                      (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action.  The address and email address of
21
    said designated Nevada counsel is:
22

23        _____3773 Howard Hughes Parkway 590S_____ ,
                                    (street address)
24
         ___LAS VEGAS___ , ___Nevada___ , ___89169___ ,
25            (city)              (state)          (zip code)

26        ___702-341-5200___ , DCOHEN@WRSLAWYERS.COM .
         (area code + telephone number)      (Email address)
27

28                                4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ DOUGLAS COHEN _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Ronald Robker - Plaintiff
(party's signature)

RONALD ROBKER
(type or print party name, title)

/s/ Shannon Robker - Plaintiff
(party's signature)

SHANNON ROBKER
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1214                          DCOHEN@WRSLAWYERS.COM
Bar number                    Email address

APPROVED:

Dated: this ___5___ day of March, 2025.

Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 27, 2025

Re: Mr. Matthew Lynn Montgomery, State Bar Number 24041509

To Whom It May Concern:

This is to certify that Mr. Matthew Lynn Montgomery was licensed to practice law in Texas on November 06, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/jw



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167



**STATE OF COLORADO, ss:**

I, __*Cheryl Stevens*__ , Clerk of the Supreme Court of t h e  S t a t e

o f  Colorado, do hereby certify that

_____*Matthew Lynn Montgomery*_____

has been duly licensed and admitted to practice as an

## *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of

Attorneys

and Counselors at Law in my office of date the __*5th*__

day of__*November*_____ A.D. __*2020*__ and that at the date

hereof the said __*Matthew Lynn Montgomery*_____ is in good standing

a t  this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and

affixed the Seal of said Supreme Court, at Denver, in said State, this

__*28th*___ day of_____*February*_____A.D. __*2025*____

### *Cheryl Stevens*

_____ Clerk

By _____

Deputy Clerk