1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RONALD ROBKER, an individual, and
SHANNON ROBKER, an individual

          Plaintiff(s),

    vs.

LASKO PRODUCTS, LLC, a Pennsylvania
Limited Liability Company

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2 25-cv-00385 _____

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

      Richard Paul Cassetta , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

          Bryan Cave Leighton Paisner LLP
                    (firm name)

with offices at    One Metropolitan Square, 211 North Broadway, Suite 3600 ,
                        (street address)

      St Louis        ,      Missouri      ,    63102
       (city)                 (state)           (zip code)

   314-259-2000      ,   richard.cassetta@bclplaw com .
(area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

      Lasko Products, LLC         to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

                                        Rev 5/16

3.    That since _____09/29/1995_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Missouri_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, District of Columbia | 12/06/1998 | |
| USDC, Eastern District of Missouri | 01/17/1997 | 43821MO |
| USDC, Western District of Missouri | 03/05/1999 | 43821 |
| USDC, Northern District of Illinois | 11/02/2010 | 6230817 |
| See separate sheet for all court admissions (Ex. A) | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc )
None

Rev 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None

7.    That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> Missouri Bar                                    Illinois State Bar Association
> Federal Bar Association
> Bar Association of Metropolitan St. Louis

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 7, 2025 | 2:25-cv-00374 | USDC, District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
    Petitioner's signature

    STATE OF _____Missouri_____ )
5                               )
    COUNTY OF _St. Louis_       )
6

7   _____Richard Paul Cassetta_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9   _____
    Petitioner's signature

10  Subscribed and sworn to before me this

11  _28ᵗʰ_ day of _April_____, _2025_.

12

13  _____
    Notary Public or Clerk of Court

14

    TIMOTHY R. HOWARD
    Notary Public - Notary Seal
    STATE OF MISSOURI
    St. Louis County
    My Commission Expires: Sept. 8, 2028
    Commission # 12492537

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate _____Sean McElenney_____,
19                                                                          (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

    above-entitled Court as associate resident counsel in this action. The address and email address of
21
    said designated Nevada counsel is:
22

23              _____Two North Central Avenue, Suite 2100_____,
                                        (street address)
24
         _____Phoenix_____,    _____Arizona_____,    _85004-4406_,
25              (city)                     (state)              (zip code)

26      _____602-364-7000_____,    _Sean.McElleney@bclplaw.com_.
        (area code + telephone number)        (Email address)
27

28                                      4                          Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.
4
5          **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**
6
7      The undersigned party(ies) appoint(s) _____ Sean McElenney _____ as
                                                    (name of local counsel)
8  his/her/their Designated Resident Nevada Counsel in this case.
9
10                                         _____
                                           (party's signature)
11
                                           Amy Blankenship, General Counsel
12                                         (type or print party name, title)
13                                         _____
                                           (party's signature)
14
15                                         Lasko Products, LLC
                                           (type or print party name, title)
16
17                         **CONSENT OF DESIGNEE**
         The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18
19                                         _____
20                                         Designated Resident Nevada Counsel's signature
21     9122                                Sean.McElenney@bclplaw.com
       Bar number                          Email address
22
23  APPROVED:
24  Dated: this _9_ day of _May_____ , 20 25 .
25
26  _____
    UNITED STATES DISTRICT JUDGE
27
28                          5                              Rev 5/16

# Exhibit A – R Cassetta Court Admissions

Court Admissions of Richard P  Cassetta

| Court Name | Admission Date | Bar No. |
|---|---|---|
| State of Missouri | 9/29/1995 | 43821 |
| State of Illinois | 5/09/1996 | 6230817 |
| District of Columbia | 3/09/1998 | 457781 |
| United States District Court, District of Columbia | 12/06/1999 | 43821 |
| United States District Court, Eastern District of Missouri | 1/17//1997 | 43821MO |
| United States District Court, Western District of Missouri | 3/05/1999 | 43821 |
| United States District Court, Northern District of Illinois | 11/02/2010 | 6230817 |
| United States District Court, Southern District of Illinois | 7/21/1999 | 6230817 |
| United States District Court, Eastern District of Texas | 11/29/1997 | N/A |
| United States Court of Appeals, D C  Circuit | 8/09/2004 | 49502 |
| United States Court of Appeals, First Circuit | 3/23/2022 | 1202832 |
| United States Court of Appeals, Fourth Circuit | 8/02/2007 | N/A |
| United States Court of Appeals, Fifth Circuit | 2/27/2013 | N/A |
| United States Court of Appeals, Seventh Circuit | 12/17/2004 | N/A |
| United States Court of Appeals, Eighth Circuit | 3/29/1999 | 99-0216 |
| United States Court of Appeals, Ninth Circuit | 9/07/2007 | N/A |
| United State Court of Appeals, Tenth Circuit | 7/21/1999 | N/A |
| Supreme Court of the United States | 2/23/2004 | 249589 |

**\*In addition to the state Missouri, Richard P. Cassetta is also licensed to practice law in the the states of Illinois and the District of Columbia.  Certificates of Good Standing are also attached.**

*The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/29/1995,

# *Richard Paul Cassetta*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 25th day of April, 2025.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Richard P Cassetta

was duly qualified and admitted on March 9, 1998 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 24, 2025.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A  Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Richard Paul Cassetta

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State, has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/09/1996 and is in good standing, so far as the records of this office disclose

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 28th day of April, 2025

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois