UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ROBKER, *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>LASKO PRODUCTS, LLC,<br><br>    Defendant. | Case No. 2:25-cv-00385-GMN-NJK<br><br>**Scheduling Order** |

Pending before the Court is the parties' proposed discovery plan. Docket No. 20.

The parties seek an extended discovery period of 365 days because the case "will involve complex scientific and engineering issues, with multiple experts." *Id*. at 2. The Court finds that good cause has been established for such extended discovery period. However, the parties' calculations are not correct. *See id*. at 2. Accordingly, the proposed discovery plan is **GRANTED** in part and **DENIED** in part. Docket No. 20.

Case management deadlines are hereby **SET** as follows:[1]

- Initial disclosures: June 4, 2025
- Amend pleadings/add parties: January 28, 2026
- Initial experts: February 27, 2026
- Rebuttal experts: March 30, 2026
- Discovery cutoff: April 28, 2026
- Dispositive motions: May 28, 2026

---

[1] Defendant first appeared on April 25, 2025. Docket No. 13. Case management deadlines are calculated from that date.

1

- Joint proposed pretrial order:  June 29, 2026, 30 days after resolution of dispositive motions, or by further Court Order

Due to the lengthy discovery period granted herein, the Court is not inclined to extend discovery deadlines.

IT IS SO ORDERED.

Dated: June 2, 2025

                                          Nancy J. Koppe
                                          United States Magistrate Judge