# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ronald Robker,

    Plaintiff,

v.

Lasko Products, LLC,

    Defendant.

Case No.: 2:25-cv-00385-GMN-NJK

**Order**

Due to conflicting duties of the Court, the settlement conference currently scheduled for August 19, 2026, is **CONTINUED** to **August 25, 2026**, at **9:30 a.m.**

The parties' settlement statements must be submitted to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on August 18, 2026**. All other aspects of the Court's order at Docket No. 41 continue to govern. Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: June 24, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE