**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ronald Robker, et al.,

Plaintiff(s),

v.

Lasko Products, LLC,

Defendant(s).

Case No. 2:25-cv-00385-GMN-NJK

**Order**

Given that settlement conferences involve *ex parte* communications that may create recusal issues, it is generally prudent to avoid holding settlement conferences while other matters are pending before the undersigned. As Defendant's renewed motion for spoliation sanctions remains pending, Docket No. 54, the Court **CONTINUES** the settlement conference to 10:00 a.m. on January 27, 2027. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on January 20, 2027. All other requirements in the settlement conference order (Docket No. 41) continue to govern.

IT IS SO ORDERED.

Dated: August 17, 2026

Nancy J. Koppe
United States Magistrate Judge